■ JEAN W. PEEK, Respondent, v WILLIAMSVILLE BOARD OF EDUCATION, Also Known as WILLIAMSVILLE SCHOOL BOARD, et al., Appellants. (Appeal No. 2.) [635 NYS2d 547] —Appeal unanimously dismissed without costs (see, Empire Ins. Co. v Food City, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Reargument.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ PETER A. WOLAK et al., Appellants, v POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent. (Appeal No. 1.) [635 NYS2d 547] —Order and judgment unanimously reversed on the law with costs, motion denied and complaint reinstated. Memorandum: Supreme Court erred in granting defendant's motion for summary judgment. There are triable issues of fact whether defendant breached a duty of care to motorists by failing to install a stop sign or traffic light and whether the absence of those devices was a proximate cause of the accident (see, Alexander v Eldred, 63 NY2d 460). (Appeal from Order and Judgment of Supreme Court, Niagara County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ VIVIAN SIMON, Appellant, v POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent. (Appeal No. 2.) [635 NYS2d 548] —Order and judgment unanimously reversed on the law with costs, motion denied and complaint reinstated. Same Memorandum as in Wolak v Power Auth. (221 AD2d 921 [decided herewith]). (Appeal from Order and Judgment of Supreme Court, Niagara County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.